**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

_____
                                    )
RAFAEL PEREZ-RODRIGUEZ,             )
                                    )
              Plaintiff,            )
       v.                           )        Civil Action No. 11-0556 (JDB)
                                    )
UNITED STATES DEPARTMENT            )
OF JUSTICE, *et al.*,               )
                                    )
              Defendants.           )
_____ )

## MEMORANDUM OPINION

By counsel, U.S. Immigration and Customs Enforcement filed a motion for summary judgment [Dkt. #35] on November 9, 2012.  Because a ruling on the motion potentially could dispose of this case, in its November 13, 2012 Order, the Court advised plaintiff, among other things, of his obligation to file an opposition or other response to the motion.  Further, the Order expressly warned plaintiff that, if he failed to file an opposition by December 14, 2012, the Court would treat the motion as conceded.  To date, plaintiff neither has filed an opposition nor requested additional time to do so.  The Court will treat defendant's motion as conceded.  All other matters in this case have been resolved, and, accordingly, judgment will be entered in defendants' favor.

An Order accompanies this Memorandum Opinion.


DATE:  December 27, 2012                      JOHN D. BATES
                                              United States District Judge